
RECEIVED
IN LAKE CHARLES, LA

AUG 30 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| BUBA JABBI<br>#a 076 244 600 | : | DOCKET NO. 2:11 CV 390 |
| VS. | : | JUDGE MINALDI |
| JANET NAPOLITANO, et al. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and having determined that the findings are correct under applicable law; it is

ORDERED that the respondent's motion to dismiss [Doc. 8] be GRANTED and that the petition for writ of *habeas corpus* be DISMISSED without prejudice.

Lake Charles, Louisiana, this 29 day of August 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE